PAUL ORTH et al., Respondents, v. MAX B. KAESCHE et al., as Executors of ALFRED ORTH, Deceased, Defendants, and GERTRUDE MIETHE et al., Appellants.

*Orth* v. *Kaesche*, 165 App. Div. 513, affirmed.

(Argued December 11, 1917; decided January 8, 1918.)

APPEAL from a judgment, entered April 2, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiffs for the relief

demanded in the complaint. This action was brought to set aside two assignments, one made by Paul Orth, and the other by Carl Orth, father of the plaintiffs, Carl R. A. Orth and Louisa A. Seufferheld, wherein and whereby they assigned to the defendants Max B. Kaesche and Frank H. Wasel, as executors under the last will and testament of Alfred Orth, deceased, certain sums of money out of their share of the estate of Alfred Orth, deceased, to be paid to the defendants Gertrude Miethe and Catharina Wasel. The assignments are attacked on the grounds of lack of consideration and fraud.

*Bernhard Bloch* and *R. McClintock Robinson* for appellants.

*James F. Donnelly* and *Frederick J. Flynn* for respondents.

· Judgment affirmed, with costs, on ground that there was evidence to sustain the finding of the Appellate Division that the assignments of plaintiffs were obtained by misstatements and false representation; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.